J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a corporation; EXPEDITORS INTERNATIONAL OCEAN, an entity of unknown form; and DOE ONE through DOE TEN,<br><br>Defendants.<br><br>AND ALL RELATED THIRD-PARTY ACTIONS | Case No. 2:22-cv-02293-SSS-ASx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41**<br><br>Complaint filed: April 5, 2022<br>Trial date: October 23, 2023 |

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41
Case No. 2:22-cv-02293-SSS-ASx; Our File No. 5479.28

1   Having read and considered the STIPULATION OF DISMISSAL, and good
2   cause appearing therefor,
3   IT IS SO ORDERED that the case is dismissed as to all defendants with
4   prejudice, with each party to bear its own costs and attorney's fees.
5   **IT IS SO ORDERED.**
6
7   Dated: March 21, 2023            _____
8                                    Honorable Sunshine S. Sykes
                                     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41
Case No. 2:22-cv-02293-SSS-ASx; Our File No. 5479.28

2